*Decisions on Petitions for Writs of Certiorari from February 23, 1904, to April 4, 1904.*

No. 570. Paul E. Berger et al., Petitioners, *v.* George A. Fuller. February 23, 1904. Petition for a writ of cer-

tiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James H. Peirce, Mr. George P. Fisher, Jr.,* and *Mr. William Henry Dennis* for petitioners. *Mr. Douglas Dyrenforth* for respondent.